J-S56020-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMEICE NASH | : | |
| | : | |
| Appellant | : | No. 716 EDA 2018 |

Appeal from the Judgment of Sentence September 12, 2017
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0011415-2013

BEFORE:  PANELLA, P.J., OLSON, J., and NICHOLS, J.

JUDGMENT ORDER BY OLSON, J.:                    **FILED APRIL 17, 2020**

On March 2, 2020, this Court issued a Memorandum that denied Appellant's court-appointed counsel's petition to withdraw as counsel and directed him to file an advocate's brief as we found that the issue of whether Appellant's sentence was illegal is non-frivolous.  *See* Memorandum, 3/2/20, at 13-14.  Before Appellant's counsel filed his advocate's brief in this case, Appellant filed a "Motion to Withdraw Direct Appeal Counsel and Motion to Proceed *Pro Se*," in which Appellant requested permission to proceed *pro se* on appeal.  Based upon our Supreme Court's opinion in ***Commonwealth v. Grazier***, 713 A.2d 81 (Pa. 1998), we are constrained to conclude that Appellant's request to proceed *pro se* was timely.  ***Commonwealth v. Grazier***, 713 A.2d 81, 82 (Pa. 1998) (holding that, where "appellant filed petitions to dismiss counsel and proceed *pro se* before an appellate brief was filed by counsel," the request to proceed *pro se* was timely).

Therefore, upon consideration of Appellant's motion, we remand this case to the trial court, to enable the trial court to conduct a ***Grazier*** hearing and determine whether Appellant knowingly, voluntarily, and intelligently waives his right to a counseled direct appeal. ***Grazier***, 713 A.2d at 82. This hearing shall be conducted as promptly as possible.

Case remanded. Panel jurisdiction retained.

Judge Nichols did not participate in the consideration or decision of this case.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 4/17/20